

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2021

No. 04-21-00237-CV

**JUBILEE ACADEMIC CENTER, INC.,**
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC** d/b/a/ Athlos Academies,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Nicole Garza, Judge Presiding

# O R D E R

Appellee's brief was originally due August 2, 2021. Neither the brief nor a motion for extension of time has been filed.

We **order** appellee's brief due **August 16, 2021**. If the brief is not filed by the date ordered, we may submit the case without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court